**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 73 MAL 2024
                                              :

          Respondent   :

                                              :   Petition for Allowance of Appeal
                                              :   from the Order of the Superior Court

     v.   :

                                              :

ISRAEL E. SANABRIA, JR.,   :

          Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 74 MAL 2024
                                                :

          Respondent   :

                                              :   Petition for Allowance of Appeal
                                              :   from the Order of the Superior Court

     v.   :

ISRAEL E. SANABRIA, JR.,   :

          Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 75 MAL 2024
                                                :

          Respondent   :

                                              :   Petition for Allowance of Appeal
                                              :   from the Order of the Superior Court

     v.   :

ISRAEL E. SANABRIA, JR.,   :

          Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 76 MAL 2024
                                                :

          Respondent   :

                                              :   Petition for Allowance of Appeal
                                              :   from the Order of the Superior Court

     v.   :

|                                          |   |                                      |
|------------------------------------------|---|--------------------------------------|
| ISRAEL E. SANABRIA, JR.,                 | : |                                      |
|                                          | : |                                      |
| Petitioner                               | : |                                      |
|                                          | : |                                      |
| COMMONWEALTH OF PENNSYLVANIA,            | : | No. 77 MAL 2024                      |
|                                          | : |                                      |
| Respondent                               | : |                                      |
|                                          | : | Petition for Allowance of Appeal     |
|                                          | : | from the Order of the Superior Court |
| v.                                       | : |                                      |
|                                          | : |                                      |
|                                          | : |                                      |
| ISRAEL E. SANABRIA, JR.,                 | : |                                      |
|                                          | : |                                      |
| Petitioner                               | : |                                      |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.